SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Excalibur Pizza, LLC, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-00084-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HAZEL F. WEBER AND ORDER**<br><br>Complaint Filed: JANUARY 12, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hazel F. Weber) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Hazel F. Weber) is dismissed because this Defendant is deceased.

Dated: March 5, 2009            /s/Scott N. Johnson
                                                         SCOTT N. JOHNSON
                                                         Attorney for Plaintiff

**IT IS SO ORDERED**.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Dated: 3/9/2009 /s/ John A. Mendez |
| 2 | UNITED STATES DISTRICT JUDGE |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PDF created with pdfFactory trial version www.pdffactory.com